# United States District Court   FILED

### SOUTHERN DISTRICT OF CALIFORNIA

08 FEB 13 PM 4:52

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATE OF AMERICA<br><br>vs<br><br>3.19 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; RALPH BURNI, JR.; AND ALL OTHER INTERESTED PARTIES | **SUMMONS IN A CIVIL ACTION**<br><br>Case No. 08 CV 0287 LAB CAB |

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Tom Stahl, Assistant U.S. Attorney; Chief, Civil Division
Office of the U.S. Attorney
Federal Building
880 Front Street, Room 6293, San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 2/13/08 |
|---|---|
| CLERK | DATE |

By C. PUTTMANN  Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)