Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATE OF AMERICA<br><br>vs<br><br>3.19 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; RALPH BURNI, JR.; AND ALL OTHER INTERESTED PARTIES | SUMMONS IN A CIVIL ACTION<br>Case No. '08 CV 0287 IEG CAB |

TO: (Name and Address of Defendant)

Ralph Burni, Jr.
827 C Street
San Diego, CA 92101

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Tom Stahl, Assistant U.S. Attorney; Chief, Civil Division
Office of the U.S. Attorney
Federal Building
880 Front Street, Room 6293, San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                              2/13/08
CLERK                                               DATE

By C. PUTMANN Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me | DATE | 2-19-2008 |
| NAME OF SERVER<br>EDWARD STALLMAN  RPS #585 | TITLE | PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify): LEFT WITH EMPLOYEE - DESK MANAGER AT DEFENDANT'S BUSINESS - REFUSED NAME (HISP FEMALE; 5'7"; 165 LBS; 45)
827 C ST    SAN DIEGO, CA 92101

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:    2-21-2008
           Date

Signature of Server

Address of Server

ACCUTECH
LEGAL SUPPORT SRVS.
P.O. BOX 12037
SAN DIEGO, CA 92112

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

ATTACHMENT TO PROOF OF SERVICE

DECLARATION OF DUE DILIGENCE
FOR SUBSTITUTED SERVICE

At the time of service I was at least eighteen years of age and not a party to this action. That after due diligent effort I have been unable to effect personal service on the party named on summons, and after effecting diligence as listed below, at address where served, substitute served at same address:

Dates and times attempted:                    Reason for non-service:
    2-15-2008    9:20am    not in
    2-16-2008    3:22pm    not in
    2-18-2008    12:25pm    not in
    2-19-2008    10:30am    not in, substitute served

I declare under penalty of perjury and the laws of the state of California that the foregoing is true and correct.

Date:    2-21-2008

_____
Edward Stallman

DECLARATION OF MAILING
AFTER SUBSTITUTED SERVICE

At the time of service I was at least eighteen years of age and not a party to this action. I declare that after substituted service was made, I mailed copies to the defendant named on summons, by first class mail, postage prepaid, to the address where served:

On date:    2-21-2008    from:    San Diego, CA

I declare under penalty of perjury and the laws of the state of California that the foregoing is true and correct.

Date:    2-21-2008

_____
Teri G. Smith

## ATTACHMENT TO PROOF OF SERVICE

LIST OF DOCUMENTS SERVED:

1) Summons in a Civil Action (issued by District Court on February 13, 2008)

2) Complaint in Condemnation with Declaration of Taking 40 USC 3114 (filed with District Court on February 13, 2008)

3) Civil Case Cover Sheet (filed with District Court on February 13, 2008)

4) Declaration of Taking (filed with District Court on February 13, 2008)