Andrew H. Griffin, III, (State Bar Number 108378)
Law Offices of **ANDREW H. GRIFFIN, III**
275 E. Douglas Avenue, Suite 112
El Cajon, CA 92020-4547
(619) 440-5000  Telephone
(619) 440-5991  Facsimile

Attorneys for Defendant,
Ralph Burni, Jr.



# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>3.19 ACRES OF LAND, MORE OR LESS, STITUATES IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; RALPH BURNI, JR.; AND ALL OTHER INTERESTED PARTIES,<br><br>Defendants. | CASE NO. 08 CV 0287 LAB CAB<br><br>RALPH BURNI, JR ANSWER TO CIVIL COMPLAINT: COMPLAINT IN CONDEMNATION WITH DECLARATION OF TAKING |

COMES NOW RALPH BURNI, JR., inclusive ("Defendant"), severing himself from all other Defendants answers the Complaint as follows:

Defendant admits the following paragraphs of the civil complaint: 9.

Defendant has no information and belief and therefore denies each and every allegation contained therein on the following paragraphs 1, 2, 3, 4, 5, 6, 7, 8, and 9.

### FIRST AFFIRMATIVE DEFENSE

(Failure To State Adequate Compensation)

The Complaint, and each of its purported causes of action, fail to provide adequate compensation to Defendant for the taking of his property.

## SECOND AFFIRMATIVE DEFENSE

(Lake of Authority)

Defendant is informed and believes and thereon alleges that Plaintiffs' causes of action fail to set forth any grounds for the taking of the property.

## THIRD AFFIRMATIVE DEFENSE

(Lake of Public Purpose)

Defendant is informed and believes and thereon alleges that Plaintiffs' causes of action are barred for failing to establish a public purpose.

**WHEREFORE**, having fully answered the Complaint on file, Defendant prays for judgment as follows:

1. That Plaintiffs take nothing by virtue of the Complaint on file;
2. That Defendant be dismissed with prejudice from the Complaint;
3. For reasonable attorney's fees;
4. For costs of suit;
5. A Jury Trial and;
6. For such further relief as the Court deems just and proper.

The Law Offices of Andrew H. Griffin, III

DATED: 2/22/2008

_____
ANDREW H. GRIFFIN, III, ESQ.
Attorney for Defendant, Ralph Burni, Jr.

## VERIFICATION

I, Ralph Burni, Jr., am the Defendant in the foregoing action and know the contents thereof. The same is true to my own knowledge of matters and as to those matters based on information and belief, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was made in El Cajon, California.

Dated: 2/25/08

*Ralph B.*
Ralph Burni, Jr., Defendant