cal_____

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Civil No.08cv0287 IEG (AJB) |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER SETTING CASE |
| ) | MANAGEMENT CONFERENCE |
| 3.19 ACRES OF LAND, More or Less, ) | |
| Situated in San Diego County, State of ) | |
| California; RALPH BURNI, JR., ) | |
| ) | |
| Defendants. ) | |

The Court finds this case in appropriate for an Early Neutral Evaluation Conference and schedules a Case Management Conference for *April 15, 2008 at 9:30 a.m.* before Judge Battaglia. The purpose of the conference is to set a timetable and schedule for future proceedings and discovery and to explore possibilities for early settlement.

Each responsible attorney of record and all parties representing themselves shall participate in the conference. Represented parties need not participate. Counsel for plaintiff shall notify all parties of this conference who have made an appearance after the date of this Order.

IT IS SO ORDERED.

DATED: March 20, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28