cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> 3.19 ACRES OF LAND, More or Less, ) <br> Situated in San Diego County, State of ) <br> California; RALPH BURNI, JR., ) <br> ) <br> Defendants. ) <br> ) | Civil No. 08cv0287 IEG (AJB) <br><br> ORDER FOLLOWING CASE <br> MANAGEMENT CONFERENCE |

On April 15, 2008, the Court convened a Case Management Conference in the above entitled action. Appearing were Tom Stahl, Esq. on behalf of plaintiff and Andrew Griffin, Esq. on behalf of defendant.

The Court and counsel discussed this case, and its 19 related matters. This is phase one of potentially two phases of litigation. This phase relates solely to the right of entry and that right of entry has been executed pursuant to the Court's prior order.

At this point, the Government and the property owners will begin negotiations with regard to perpetual easements for either a fence or associated roadways. To the extent that agreements can be reached, no further litigation will follow. Where disagreement persists, a second series of cases by the United States for condemnation will be filed.

1 On this case, the parties will work on a stipulation for dismissal after it is determined that the posted funds are adequate for the entry at issue. Similar discussions will take place between the United States and others, and dismissals will be filed accordingly. The Court will not set further hearings in this, or the related matters, in the ordinary course. Counsel may request a hearing to assist in closure, and the Court may set further hearings if there is no action in any of the matters over a protracted period of time.

IT IS SO ORDERED.

DATED: April 21, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court